# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 286 WAL 2016

            Respondent       :

                        :   Petition for Allowance of Appeal from

                        :   the Order of the Superior Court

        v.              :

JOHN WESLEY LEGGETT,       :

            Petitioner       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of October, 2016, the Petition for Allowance of Appeal and Application to File Supplement are **DENIED**.